Name, Address, Telephone No. & I.D. No.

Kerry A. Denton     State Bar No. 147206
231 Fourth Avenue
Chula Vista, CA 91910
(619) 421-1000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RE: ERIC COCHRAN;<br>MERIANNE ATHENS-COCHRAN | ) ) ) ) ) ) ) ) | Chapter 13<br>Case No. 08-01867<br><br>APPLICATION FOR CONFIRMATION OF PLAN;<br>ORDER CONFIRMING PLAN AND ALLOWING<br>ATTORNEY FEES |
| Debtors | ) | |

## I. APPLICATION FOR CONFIRMATION AND DISCLOSURE OF COMPENSATION

The undersigned attorney for debtor(s) herein represents:

1. The section 341(a) meeting of creditors in this case has been concluded and the plan complies with all requirements of Section 1322 and Section 1325(a) of Title 11, United States Code.

2. The agreed value of attorney services to date is          $ 3300.00          ;

   and the undersigned has received payments of          $ 1591.00          ;

   Leaving unpaid for services to date the sum of          $ 1709.00

3. Wherefore, the undersigned prays that the debtor(s) Plan be confirmed and that the attorneys fee be allowed in the amount set forth.

Dated:  8/5/08          Attorney for Debtor _____
                                             KERRY A. DENTON

## II. ORDER CONFIRMING DEBTORS PLAN AND ALLOWING ATTORNEYS FEES

Upon considering the foregoing Application For Confirmation, notice of said Plan and confirmation hearing having been duly given as required by law; the court finds all allegations in the Application are true; and good case appearing IT IS HEREBY ORDERED THAT

1. The debtor(s) Plan dated    3/3/08    Is confirmed and, to the extent that payments on said Plan may exceed 36 months, is approved; the debtor(s) shall commence payments as in said Plan provided to the Trustee forthwith, if not already begun; and

2. The attorneys fee is allowed as requested, balance as set forth above to be paid under the Plan by Trustee as in said Plan provided. Upon application by attorney the court without further notice may allow additional attorney fees during the pendency of this case for additional services rendered of to be rendered.

Dated:  August 18, 2008          _____
                                  BANKRUPTCY JUDGE